IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT B. RADFORD,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5004

Opinion filed February 5, 2016.

An appeal from the Circuit Court for Suwannee County.
Paul S. Bryan, Judge.

Robert B. Radford, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

       AFFIRMED.

WOLF, WETHERELL, and RAY, JJ., CONCUR.